No. 00–6195.  CRUZ-DIAZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 00–6197.  ARANDA-LUGO, AKA LUGO-ARANDA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6199.  LOPEZ-ALVARADO, AKA CARIAS-RUANO, AKA LOPEZ-SALVINO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6202.  LUCERO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 00–6204.  MOORE v. WETHERINGTON, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir. Certiorari denied.

No. 00–6207.  CRESPIN-PALACIOS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6210.  VALLE-GONZALEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6216.  GARCIA GARCIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6221.  ORTIZ-BECERRA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6223.  SHUMATE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 00–6231.  DE LA PENA-JUAREZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6242.  PONS v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–6265.  MATEO-MENDEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–6278.  GONZALEZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.